# Supreme Court of Kentucky

2021-SC-0128-T
(2021-CA-0363)

KENNETH WALKER, III                                                                 APPELLANT

ON APPEAL FROM JEFFERSON CIRCUIT COURT
V.           HONORABLE BRIAN C. EDWARDS, JUDGE
NO. 20-CI-005086

LOUISVILLE/JEFFERSON COUNTY                                          APPELLEES
METROPOLITAN GOVERNMENT, ET AL.

### ORDER DENYING MOTION FOR TRANSFER

The Motion to Transfer the above-styled appeal pursuant to CR 74.02(2)

is DENIED.

All sitting.  All concur.

ENTERED: June 17, 2021.

_____
CHIEF JUSTICE